

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,919-01

### EX PARTE RICKY LOCKRIDGE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 09-01048-CRF-272 IN THE 272ND DISTRICT COURT
### FROM BRAZOS COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).


FILED: FEBRUARY 10, 2016
DO NOT PUBLISH